JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GRESHAM, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MODERN BUTLER, LLC d/b/a MAJOR DOMO, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No.  2:22-cv-06472-JLS-PD<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) (Doc. 22)** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Upon due consideration, and good cause appearing, the Court DISMISSES this action with prejudice as to Plaintiff's claims. Each party shall bear its own costs, experts' fees, attorneys' fees, and attorneys' expense. The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

**IT IS SO ORDERED.**

DATED: May 4, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE